In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-08-285 CV


 ______________________



PATRICIA LADEN, Appellant



V.



MOLLY JOHNSON, Appellee


 




On Appeal from the 221st District Court


Montgomery County, Texas


Trial Court No. 07-12-12368 CV






MEMORANDUM OPINION


 The appellant, Patricia Laden, filed a motion to dismiss this appeal. The motion is
voluntarily made by the appellant prior to any decision of this Court and should be granted. 
See Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to dismiss
is granted and the appeal is dismissed.

 APPEAL DISMISSED.

 _________________________________

 DAVID GAULTNEY

 Justice

Opinion Delivered July 31, 2008 

Before Gaultney, Kreger, and Horton, JJ.